BICC BRAND-REX COMPANY *v.* ARTHUR, HARRIS
AND ASSOCIATES, INC.
(AC 17076)

O'Connell, C. J., and Foti and Landau, Js.

Argued March 4—officially released April 14, 1998

*David R. Scott*, for the appellant (plaintiff).

*Stuart G. Blackburn*, for the appellee (defendant).

*Opinion*

PER CURIAM. This appeal implicates Connecticut's corporate long arm service of process statute. General Statutes § 33-929 (f) (1). The dispositive issue in this case is whether the contract between the parties was to be substantially performed in this state. The trial court found as a fact that the contract was to be substantially performed outside Connecticut. That factual finding was supported by the evidence and, thus, cannot be overturned by this court. See *Cromwell Commons Associates* v. *Koziura*, 21 Conn. App. 1, 5, 570 A.2d 1131 (1990).

The judgment is affirmed.